# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

JOHN NOTTINGHAM,                              )
                                              )
                    Plaintiff,                )
        v.                                    )     1:06-cv-575-SEB-VSS
                                              )
CITY OF INDIANAPOLIS,                         )
                                              )
                    Defendant.                )

## E N T R Y

### I.

The clerk shall send the plaintiff a filed copy of the complaint and a filed copy of the plaintiff's request to proceed *in forma pauperis*.

### II.

The plaintiff's request to proceed *in forma pauperis* is **denied and this action is dismissed.** The reasons for this disposition are the following:

1.   Pursuant to 28 U.S.C. § 1915(e)(2)(B), a court shall dismiss a case at any time if the court determines that the action (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief.

2.   The sole defendant in this action is the City of Indianapolis. The wrongs the plaintiff alleges, however, are associated with rulings made by or proceedings conducted in state courts located in Marion County, Indiana. The City of Indianapolis does not control the state courts, nor could any sensible case be made that the City of Indianapolis could be answerable in damages for any errors in those rulings or injuries caused by them. There is a "disconnect" between the plaintiff's legal injuries and the entity he has sued in an attempt to hold responsible for those injuries. No conceivable path of reasoning or of authority could support this effort.

3.   In short, the complaint fails to state a viable claim against the defendant, and hence must be dismissed at this early point regardless of the plaintiff's financial circumstances.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED**.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 04/13/2006

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.