# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

JOHN NOTTINGHAM,            )
                            )
                Plaintiff,  )
    v.                      )   1:06-cv-575-SEB-VSS
                            )
CITY OF INDIANAPOLIS,       )
                            )
                Defendant.  )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 04/13/2006

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648